[redacted]

AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☑ INFORMATION ☐ INDICTMENT ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

FILED
MAY 10 2016
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

## OFFENSE CHARGED

18 U.S.C. § 1344(1) – Bank Fraud

☐ Petty
☐ Minor
☐ Misde-meanor
☑ Felony

PENALTY:

a. Maximum fine $1,000,000 or twice the gross gain or loss, whichever is greater (18 U.S.C. § 3571(c), (d))
b. Maximum probation term 5 years (18 U.S.C. § 3561)
Mandatory Special Assessment $400 (18 U.S.C. § 3013)

## DEFENDANT - U.S.

DISCOVERY SALES, INC.

DISTRICT COURT NUMBER

CR16-00199 YGR

## PROCEEDING

Name of Complainant Agency, or Person (&Title, if any)

FBI Roahn Wynar

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM: BRIAN J. STRETCH

☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): JOHN H. HEMANN

## DEFENDANT

### IS *NOT* IN CUSTODY

1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

### IS IN CUSTODY

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges

} ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

DATE OF ARREST — Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY — Month/Day/Year

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:

☑ SUMMONS ☐ NO PROCESS* ☐ WARRANT Bail Amount:

If Summons, complete following:

☐ Arraignment ☐ Initial Appearance

**Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Defendant Address:

Date/Time:

Before Judge:

Comments:

[redacted]

BRIAN J. STRETCH (CABN 163973)
United States Attorney

FILED
MAY 10 2016
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>DISCOVERY SALES, INC.,<br>Defendant. | No. CR16-00199 [redacted] YGR<br>VIOLATION: 18 U.S.C. § 1344(1) – Bank Fraud<br>OAKLAND VENUE |

INFORMATION

The United States Attorney charges:

COUNT ONE: (18 U.S.C. § 1344(1) – Bank Fraud)

On or about and between January 2006 and December 2008, in the Northern District of California and elsewhere, the defendant,

DISCOVERY SALES, INC.,

a California corporation, knowingly executed a scheme and artifice to defraud financial institutions in

///

///

///

///

Document No. 1
District Court
Criminal Case Processing

the business of mortgage lending as to material matters, in violation of Title 18, United States Code, Section 1344(1).

BRIAN J. STRETCH
United States Attorney

DATED: May 10, 2016

PHILLIP A. GUENTERT
Deputy Chief, Criminal Division

(Approved as to form: ____________ (FOR J.H.))
AUSA John H. Hemann