Brian J. Stretch (State Bar No. 163973)
United States Attorney
Barbara J. Valliere (DCBN 439353)
Chief, Criminal Division
John H. Hemann (State Bar No. 165823)
Assistant United States Attorney
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102
Telephone: (415) 436-7478
Facsimile: (415) 436-7234
John.Hemann@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

William P. Keane (State Bar No. 124756)
wkeane@fbm.com
Nell K. Clement (State Bar No. 260426)
nclement@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Lyn R. Agre
lagre@kasowitz.com
Kasowitz, Benson, Torres & Friedman LLP
101 California Street, Suite 2300
San Francisco, CA 94111
Telephone (415) 421-6140
Facsimile: (415) 398-5030

Attorneys for Defendant
DISCOVERY SALES, INC.

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

DENIED

Judge Yvonne Gonzalez Rogers

11/3/16

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

vs.

DISCOVERY SALES, INC.,

Defendant.

Case No. 4:16-cr-00199-YGR

**STIPULATION AND [PROPOSED] ORDER VACATING STATUS CONFERENCE AND SETTING CHANGE OF PLEA/SENTENCING**

Date: December 8, 2016
Time: 3:00 p.m.
Dept. 1
Judge: Hon. Yvonne Gonzalez Rogers

Plaintiff UNITED STATES OF AMERICA and defendant DISCOVERY SALES, INC. ("DSI"), by and through their counsel, hereby stipulate as follows:

1. On June 3, DSI was arraigned on a one-count Information alleging a violation of 18 U.S.C. § 1344. The United States and DSI appeared before this Court later that day for a change of plea and proposed sentencing pursuant to a plea agreement under Federal Rule of Criminal Procedure 11(c)(1)(C).

2. At the hearing on June 3, 2016 regarding the parties' proposed plea agreement, this Court set a further hearing on July 22, 2016.

3. On July 5, 2016, a criminal complaint signed by U.S. Magistrate Judge Donna M. Ryu alleged that Albert Seeno III violated 18 U.S.C. § 1513(b). Mr. Seeno appeared in court on July 7, 2016 and was released on bond.

4. At the request of the parties and by order filed on July 14, 2016, this Court vacated the July 22, 2016 hearing on the plea agreement and set a status conference for August 25, 2016, with a joint status conference statement to be filed by August 18, 2016.

5. Subsequently, at the request of the parties, this Court continued the status conference multiple times, most recently to November 9, 2016 at 10:00 a.m.

6. The parties are prepared to move forward with the proposed plea agreement currently pending before the Court.

7. Accordingly, the parties hereby stipulate and request that this Court vacate the November 9, 2016 status conference and set this matter for change of plea and sentencing on December 8, 2016 at 3:00 p.m. The parties will file a Joint Supplemental Sentencing Memorandum, which the Court requested at the June 3, 2016 hearing, by December 1, 2016.

8. The parties further request that time under the Speedy Trial Act be excluded pursuant to 18 U.S.C. § 3161(h)(G) (consideration of a pending plea agreement) and 18 U.S.C. § 3161(h)(7)(A) and (B) (interests of justice). As to the latter, the parties agree that the ends of justice served by a continuance outweigh the best interests of the public and the defendant in a speedy trial.

Dated: November 2, 2016

BRIAN J. STRETCH
United States Attorney

By: */s/ John H. Hemann*
John H. Hemann
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

Dated: November 2, 2016

FARELLA BRAUN + MARTEL LLP

By: */s/ William P. Keane*
William P. Keane

Attorneys for Defendant
DISCOVERY SALES, INC.

**[PROPOSED] ORDER**

Based on the foregoing, and good cause appearing:

IT IS HEREBY ORDERED that the status conference set for November 9, 2016 at 3:00 p.m. is vacated and this matter is set for change of plea and sentencing on December 8, 2016 at 3:00 p.m. The parties shall file a Joint Supplemental Sentencing Memorandum by December 1, 2016.

For the reasons stated above, the Court hereby finds the exclusion of time from November 9, 2016 through and including December 8, 2016 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The failure to grant the requested continuance would deny the defendant effective preparation of counsel and would result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

Dated: ____________________, 2016

______________________________
HON. YVONNE GONZALEZ ROGERS
United States District Court Judge

